

# MEMO ENDORSED

**Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DANIEL MATZA-BROWN**
Assistant Corporation Counsel
Affirmative Litigation
Phone: 212.356.5042
dmatza@law.nyc.gov

February 1, 2024

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Via ECF**

> The Court grants the parties' request to adjourn the February 2, 2024 show cause hearing and grants the parties' proposed briefing schedule. A new show cause hearing will be held on February 13, 2024, at 3:30 pm. SO ORDERED.
>
> *Edgardo Ramos, U.S.D.J.*
> Dated: 2/1/24
> New York, New York

Re: *216 East 29th Street Trust v. City of New York*, 24-cv-00595

Dear Judge Ramos:

My office represents the defendants in the above-captioned matter.

I write with the consent of all parties to adjourn tomorrow's 2:00 pm show-cause hearing and associated deadlines for opposition and reply papers. As discussed with your deputy this afternoon, the parties request the following filing deadlines and hearing date:

- The defendants' opposition shall be filed no later than February 7, 2024.
- The plaintiff's reply shall be filed no later than February 9, 2024.
- The hearing will be held on the afternoon of February 13, 2024.

Thank you for your attention to this matter.

Sincerely,

Daniel Matza-Brown

cc: All counsel (by ECF)