UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 216 EAST 29TH STREET TRUST , <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NEW YORK, <br><br> Defendant. | Case No. 1:24-cv-595 (ER) |

**NOTICE OF MOTION**

Proposed Intervenor, Safe Horizon, Inc., by and through its undersigned counsel, hereby moves, pursuant to Federal Rule of Civil Procedure 24(b), for an Order a) granting it leave to intervene in the above-captioned action and to file the accompanying motion to dismiss and b) granting any other relief that the Court deems just and proper.

The grounds for this motion are set forth in the accompanying declaration of Sebastien Vante, memorandum of law, and Exhibit A (proposed motion to dismiss).

Dated: April 15, 2024
New York, NY

Respectfully submitted,

By:   /s/ Evan Henley_____
Evan Henley
THE LEGAL AID SOCIETY
49 Thomas Street, Floor 5
New York, NY 10013
Tel.: 212-298-5233
ewhenley@legal-aid.org

**CERTIFICATE OF SERVICE**

    I, Evan Henley, hereby certify that on April 15, 2024, I caused this Notice of Motion and attached Memorandum of Law, Declaration of Sebastian Vante, and Exhibit A to be filed on the Court's Electronic Case Filing system, which will provide electronic notice to all counsel of record.

                                             /s/ Evan Henley_____
                                             Evan Henley