UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

216 EAST 29TH STREET TRUST,

        Plaintiff,

– against –

CITY OF NEW YORK,

        Defendant,

SAFE HORIZON, INC.,

        Intervenor Defendant.

**ORDER**

24-cv-00595 (ER)

RAMOS, D.J.:

    On January 28, 2025, the Court granted City of New York and Safe Horizon, Inc.'s motions to dismiss, dismissing all claims in 216 East 29th Street Trust's amended complaint. Doc. 55. Accordingly, the Clerk of the Court is directed to close this case.

It is SO ORDERED.

Dated:   January 29, 2025
           New York, New York

                                          EDGARDO RAMOS, U.S.D.J.