UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
216 EAST 29TH STREET TRUST,

                Plaintiff,

   -against-                                     24 **CIVIL** 0595 (ER)

## **JUDGMENT**

CITY OF NEW YORK,

                Defendant,

SAFE HORIZON, INC.,

                Intervenor
                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 28, 2025 and Order dated January 29, 2025, the City of New York and Safe Horizon's motions to dismiss are GRANTED and the Trust's cross-motion for summary judgment is DENIED as moot accordingly, the case is closed.

**Dated:** New York, New York

      January 29, 2025

                                                   **TAMMI M. HELLWIG**

                                                   **Clerk of Court**

                            **BY:**

                                                 **Deputy Clerk**